August 27, 2010

Mr. James E. Doyle
Doyle Restrepo Harvin & Robbins, L.L.P.
600 Travis, Suite 4700
Houston, TX 77002
Mr. Joel Randal Sprott
Sprott Rigby Newsom
Robbins & Lunceford PC
2211 Norfolk, Suite 1150
Houston, TX 77098

RE: Case Number: 07-0783
 Court of Appeals Number: 01-04-00228-CV
 Trial Court Number: 2002-14343

Style: IRVING W. MARKS
 v.
 ST. LUKE'S EPISCOPAL HOSPITAL

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |
| |Mr. Craig Smyser |
| |Mr. P. Michael Jung |
| |Mr. David A. Furlow |
| |Mr. R. Brent Cooper |